UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE JUDGE NO.: 04m-1021-JGD |
| ) | |
| v. ) | |
| ) | |
| MICHELE BURNS aka ) | |
|    Michele L. Burns ) | |
|    Michelle Burns ) | |

## AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Matthew Galioto, Special Agent of the Federal Bureau of Investigation, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Michele Burns on a complaint filed in the United States District Court for the Eastern District of New York charging the defendant with mail fraud, in violation of 18 U.S.C. §1341; and I do hereby make oath that this warrant of arrest is outstanding in

said District on the basis of the information set out above. A copy of said warrant is attached.

*[signature]*
Special Agent Matthew Galioto
Federal Bureau of Investigation

Subscribed and sworn to before me this 9th day of March, 2004.

*[signature]*
JUDITH G. DEIN
United States Magistrate Judge